IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>             Plaintiff,<br><br>vs.<br><br>Tempe Hotel Properties, LLC,<br><br>             Defendant. | No. CV-18-00900-PHX-SPL<br><br>**ORDER** |

Plaintiff filed a Complaint in this matter on March 21, 2018 (Doc. 1). Proof of service was filed on April 3, 2018 (Doc. 8), declaring that service on Defendant was effected on March 30, 2018. To date, no answer has been filed and Plaintiff has taken no action in this matter[1]. Accordingly,

**IT IS ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than **May 4, 2018**, unless an answer is filed within such time.

/ / /

/ / /

/ / /

/ / /

---

[1] As previously advised in the Preliminary Order, the Court reminds that with limited exceptions, the Mandatory Initial Discovery Pilot Project (MIDP) "requires that parties must file answers, counterclaims, crossclaims, and replies within the time set forth in Federal Rule of Civil Procedure 12, irrespective of whether any party has filed or intends to file a motion to dismiss or other preliminary motion." (Doc. 6.)

1 **IT IS FURTHER ORDERED** that Plaintiff shall serve a copy of this order on Defendant.

Dated this 27th day of April, 2018.

_____
Honorable Steven P. Logan
United States District Judge