Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | Case No: 2:18-cv-00900-SPL |
| Plaintiff, | **RESPONSE TO ORDER DOC 9** |
| vs. | |
| Tempe Hotel Properties LLC, | |
| Defendant. | |

Defendant was served with process on March 30, 2018. See Doc 8. Defendant has failed to plead or otherwise defend. Therefore, Plaintiff has requested that the Clerk enter Defendant's default. Doc 10.

This action should not be dismissed for the reason that Plaintiff seeks default against Defendant in the ordinary course of business.

A Notice of Service of this and other documents shall follow.

DATED this 1st day of May 2018.

**STROJNIK, P.C.**

_____
Peter Strojnik, 6464
Attorneys for Plaintiff