IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>           Plaintiff,<br>vs.<br><br>Tempe Hotel Properties, LLC,<br><br>           Defendant. | No. CV-18-00900-PHX-SPL<br><br>**ORDER** |

On July 17, 2018, Plaintiff filed an Unopposed Motion to Stay requesting that this Court stay this case pending the retention of new counsel (Doc. 27). Since that time, no new counsel has appeared. The Court will not stay this case indefinitely. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Stay (Doc. 27) is **denied** except for the limited relief provided herein. By no later than **September 14, 2018**, Plaintiff must either (1) have substitute counsel file a notice of appearance, or (2) advise the Court of his address and phone number so he can proceed pro se.

**IT IS FURTHER ORDERED** that if Plaintiff neither provides his contact information nor has counsel who can continue representation by **September 14, 2018**, all pending motions shall be terminated and this case *dismissed without prejudice* by the Clerk of Court without further notice.

Dated this 20th day of August, 2018.

Honorable Steven P. Logan
United States District Judge